

**Barry Werbin**
**Counsel**
Phone: 212.592.1418
Fax: 212.545.3401
bwerbin@herrick.com

June 5, 2020

<u>ECF FILING</u>

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, N.Y. 10007

      Re:    <u>Zlozower v. Barstool Sports, Inc. - No. 1:20-cv-03516 (DLC)</u>

Dear Judge Cote:

      We are attorneys for defendant Barstool Sports, Inc. ("Barstool") in the above-referenced copyright action, which was filed on May 6, 2020 (Docket No. 1).  The undersigned previously filed an appearance and Rule 7.1 Disclosure Statement on behalf of Barstool.  We recently learned that Barstool was served with the summons and complaint on May 7, 2020, which plaintiff's counsel, Richard Liebowitz, confirmed by email on June 1.

      On behalf of the plaintiff, Mr. Liebowitz has consented to an extension of Barstool's time to answer or move with respect to the complaint until June 29, 2020, which is 30 days (excluding Sunday, June 28) after Barstool's response would have been due.

      Accordingly, we respectfully request that Barstool's time to answer, move or otherwise respond to the complaint be extended to Monday, June 29, 2020.  There has been no previous request for such extension.

Respectfully submitted,

Barry Werbin

cc: Richard Liebowitz, Esq. (via ECF)